RANDY S. GROSSMAN
Acting United States Attorney
KYLE B. MARTIN
Assistant United States Attorney
California Bar No. 267013
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7726

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 19CR1610-01-GPC |
| v. | ) | APPLICATION TO UNSEAL SECOND SUPERSEDING INDICTMENT AND ARREST WARRANT AS TO DEFENDANT WILDER EMILIO SANCHEZ FARFAN |
| WILDER EMILIO SANCHEZ FARFAN (1), | ) | |
| Defendant. | ) | |

    The United States of America, by and through its counsel, Acting United States ttorney Randy S. Grossman, and Assistant United States Attorney Kyle B. Martin, applies for an Order from the Court to unseal the Second Superseding Indictment and search warrant in this case as to defendant Wilder Emilio Sanchez Farfan only.

    On October 30, 2019, a grand jury returned a sealed Second Superseding Indictment charging Sanchez Farfan and others with International Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 959, 960 and 963, and Criminal Forfeiture, under Title 21, United States Code, Section 853. Subsequently, the Clerk of the Court issued sealed arrest warrants for the

defendants.

To date, the Second Superseding Indictment has been unsealed as to defendant 2 in the indictment. The Second Superseding Indictment remains sealed as to all other defendants, including Sanchez Farfan.

The United States now applies for an order unsealing the Second Superseding Indictment as to Wilmer Emilio Sanchez Farfan only. The United States has determined that sealing the indictment as to Sanchez Farfan no longer is necessary to avoid jeopardizing an ongoing investigation or the arrest of the defendant.

DATED: July 13, 2021.

        Respectfully Submitted,

        RANDY S. GROSSMAN
        Acting United States Attorney

        */s/ Kyle M. Martin*
        KYLE B. MARTIN
        Assistant United States Attorney