UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>WILDER EMILIO SANCHEZ FARFAN (1),<br><br>            Defendant. | Case No. <u>19CR1610-01-GPC</u><br><br>ORDER ON APPLICATION TO UNSEAL SECOND SUPERSEDING INDICTMENT AND ARREST WARRANT AS TO DEFENDANT WILDER EMILIO SANCHEZ FARFAN |

This matter comes before the Court on the United States' motion to unseal the Second Superseding Indictment and arrest warrant as to Wilder Emilio Sanchez Farfan.

IT IS HEREBY ORDERED that the Second Superseding Indictment and arrest warrant in the above-captioned case are unsealed as to Wilder Emilio Sanchez Farfan only.

**IT IS SO ORDERED.**

Dated: July 21, 2021

*[signature]*

Hon. Gonzalo P. Curiel
United States District Judge