SEALED

2019 OCT 30 P 4: 39

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>WILDER EMILIO SANCHEZ FARFAN (1),<br>MIGUEL MARTIN CHUNG NUNEZ (2),<br><br>██████████████████████<br><br>MIGUEL EDUARDO VALDEZ CAJAMARCA (8),<br>  aka Miguel Angel Valdez Ruiz,<br>NORBERTO ENRIQUE<br>        MURIEL CASTRILLON (9),<br><br>           Defendants. | Case No. 19CR1610-GPC<br><br>I N D I C T M E N T<br>(2nd Superseding)<br><br>Title 21, U.S.C., Secs. 959, 960<br>and 963 - International<br>Conspiracy to Distribute<br>Controlled Substances; Title 21,<br>U.S.C., Sec. 853 - Criminal<br>Forfeiture |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including October 2019, in the countries of Ecuador, Colombia, Panama, Mexico and elsewhere, defendants WILDER EMILIO SANCHEZ FARFAN, MIGUEL MARTIN CHUNG NUNEZ, ██████████████████

IRJO:plv(1):San Diego:10/30/19

1  ▮▮▮
2  ▮▮▮ MIGUEL EDUARDO VALDEZ CAJAMARCA,
3  aka Miguel Angel Valdez Ruiz, and NORBERTO ENRIQUE MURIEL CASTRILLON,
4  who will first enter the United States in the Southern District of
5  California, did knowingly and intentionally conspire with each other and
6  with others known and unknown to the grand jury to distribute and cause
7  the distribution of a controlled substance, to wit: 5 kilograms and more
8  of a mixture and substance containing a detectable amount of cocaine, a
9  Schedule II Controlled Substance; intending, knowing, and having
10 reasonable cause to believe that such cocaine would be unlawfully
11 imported into the United States; all in violation of Title 21, United
12 States Code, Sections 959, 960, and 963.

### Criminal Forfeiture Allegations

14  1.  The allegations contained in Count 1 are realleged and by
15 their reference fully incorporated herein for the purpose of alleging
16 forfeiture to the United States of America pursuant to the provisions
17 of Title 21, United States Code, Section 853.

18  2.  As a result of the commission of the felony offense alleged
19 in Count 1 of this indictment, said violation being punishable by
20 imprisonment for more than one year and pursuant to Title 21, United
21 States Code, Sections 853(a)(1) and 853(a)(2), defendants ▮▮▮
22 ▮▮▮
23 ▮▮▮
24 ▮▮▮ MIGUEL EDUARDO
25 VALDEZ CAJAMARCA, aka Miguel Angel Valdez Ruiz, and NORBERTO ENRIQUE
26 MURIEL CASTRILLON shall, upon conviction, forfeit to the United States
27 all their rights, title and interest in any and all property
28 constituting, or derived from, any proceeds the defendants obtained,

directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

All in violation of Title 21, United States Code, Section 853.

DATED: October 30, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
JOSHUA P. JONES
Assistant U.S. Attorney

I hereby attest and certify on 10/30/2019
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy