TARA K. MCGRATH
United States Attorney
KYLE B. MARTIN (CA Bar No. 267013)
ASHLEY E. GOFF (CA Bar No. 299737)
Assistant U.S. Attorneys
ALLISON B. MURRAY (CA Bar No. 328814)
Special Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9735
Email: Ashley.Goff@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  19-CR-1610-LL |
| v. | **UNITED STATES' RULE 16.1 STATUS REPORT** |
| WILDER EMILIO SANCHEZ FARFAN (1), | **The Hon. Linda Lopez** |
| Defendants. | |

The United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, and Ashley E. Goff and Kyle B. Martin, Assistant United States Attorneys, hereby files its status report regarding discovery pursuant to Federal Rule of Criminal Procedure 16.1 and Local Rule 16.1a.

## I.    STATEMENT OF FACTS

On October 30, 2019, the Grand Jury returned a one-count Second Superseding Indictment charging nine defendants with an International Conspiracy to Distribute Cocaine (Title 21, U.S.C., Secs. 959, 960, and 963).

1    Defendant was arrested in Colombia in Febraury 23, 2024, was extradited to the

2 United States on January 25, 2024, and made his initial appearance in the Southern District

3 of California to be arraigned on the operative indictment on January 26, 2024.

4 **II.     RULE 16.1 DISCOVERY STATUS REPORT**

5    Pursuant to Rule 16.1 and Local Rule 16.1a, the parties must meet and confer within

6 14 days of the arraignment to discuss a timetable and procedures for pretrial disclosure.

7 The United States has been in contact with counsel to obtain a discovery protective order

8 and produce discovery.  To date, the United States has produced over 7,000 pages of

9 discovery and multi-media files, including two cellular phone downloads. The parties are

10 continuing to meet and confer regarding discovery, and the United States will continue

11 to fulfill its discovery obligations in response to additional requests by Defendant.

12 DATED: February 26, 2024                    Respectfully submitted,

13                                          TARA K. McGRATH
                                             United States Attorney
14

15                                           */s/ Ashley E. Goff*
                                             ASHLEY E. GOFF, AUSA
16

17

18

19

20

21

22

23

24

25

26

27

28