MATTHEW J. LOMBARD, ESQ. (SBN: 239910)
LAW OFFICES OF MATTHEW J. LOMBARD
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Tel:        (424) 371-5930
Fax:       (310) 392-9029
E-Mail:    mlombard@lombardlaw.net

Attorney for Defendant
WILDER EMILIO SANCHEZ FARFAN

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 19-CR-01610-LL |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| WILDER EMILIO SANCHEZ FARFAN, | |
| Defendants. | |

PLEASE TAKE NOTICE that Attorney Matthew J. Lombard of the Law Offices of Matthew J. Lombard, 11400 West Olympic Boulevard, Suite 1500, Los Angeles, California 90064, Telephone: (424) 371-5930, Facsimile: (310) 392-9029, Email: mlombard@lombardlaw.net , is entering an appearance in the above-entitled matter as counsel for the defendant, Wilder Emilio Sanchez Farfan.

DATED: April 15, 2024                     Respectfully submitted,

                                          */s/ Matthew J. Lombard*
                                   By:    _____
                                          MATTHEW J. LOMBARD
                                          Attorney for Defendant
                                          Wilder Emilio Sanchez Farfan