# **PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF LOS ANGELES )

I, ELIZABETH PRECIADO, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11400 West Olympic Boulevard, Suite 1500, Los Angeles, California 90064:

On April 23, 2024 I caused the foregoing document described as:

**DEFENDANT WILDER EMILIO SANCHEZ FARFAN REQUEST FOR DISCOVERY**

to be served upon the interested parties in this action via email:

Victor Pablo White
Assistant United States Attorney
Victor.White2@usdoj.gov

Kyle B. Martin
Assistant United States Attorney
Kyle.Martin@usdoj.gov

Ashley E. Goff
Assistant United States Attorney
Ashley.Goff@usdoj.gov

Allison Blair Murray
Assistant United States Attorney
Allison.Murray@usdoj.gov

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 23RD day of April, 2024, at Los Angeles, California.

*/s/ Elizabeth Preciado*
ELIZABETH PRECIADO