MATTHEW J. LOMBARD (SBN 239910)
LAW OFFICES OF MATTHEW J. LOMBARD
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile (310) 392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
WILDER EMILIO SANCHEZ FARFAN

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILDER EMILIO SANCHEZ FARFAN,<br><br>    Defendants. | Case No. 19-CR-1610-LL<br><br>**MOTION FOR MISCELLANEOUS RELIEF RE: RELEASE OF COMMISSARY FUNDS**<br><br>DATE:   JUNE 3, 2024<br>TIME:    2:00 p.m.<br>JUDGE:  HON. LINDA LOPEZ |

Comes now the Defendant, Wilder Emilio Sanchez Farfan, through counsel, and moves this Honorable Court for the entry of an Order directing the Warden of the GEO Western Regional Detention Facility in San Diego and The Keefe Commissary Network, L.L.C. d/b/a Access Corrections Deposit Platform (hereinafter TKC) to allow undersigned counsel to deposit trust account funds in Mr. Sanchez Farfan's commissary account at the GEO Western Regional Detention Facility in San Diego, and in support thereof states as follows:

Mr. Sanchez Farfan is charged with conspiracy to distribute controlled substance, in violation of Title 21, U.S.C. §§ 959, 960 and 963, in Case No. 19-CR-1910-LL pending in the District Court for the Southern District of California. He was

1

extradited from Colombia and arrived in the Southern District of California on January 25, 2024. At his initial appearance, upon stipulation by the parties, he was ordered held in pre-trial detention at the GEO Western Regional Detention Facility in San Diego.

All commissary accounts at the GEO Western Regional Detention Facility in San Diego are managed by TKC. Since his arrival in San Diego on January 25, 2024, Mr. Sanchez Farfan has been denied a commissary account. TKC has taken the position that in order to fund a commissary account, Mr. Sanchez Farfan needs a specific license from OFAC authorizing someone other than a spouse or person who would ordinarily share a common dwelling as a family member with him.

Mr. Sanchez Farfan was designated a Specially Designated Narcotics Trafficker (SDNT) by the Office of Foreign Asset Control (OFAC) pursuant to Executive Order 14059, governing the Illicit Drug Trade Sanctions Regulations, 31 C.F.R. Part 599 (IDTSR).  Due to a misinterpretation of the applicable OFAC regulations and to limitations in TKCs money transmitter license, TKC denied Mr. Sanchez Farfan the opportunity to have his family in Ecuador deposit funds in his commissary account. According to TKC Mr. Sanchez Farfan needed to obtain a specific license from OFAC authorizing the receipt of commissary funds from his family in Ecuador.

On April 10, 2024, undersigned counsel requested clarification from OFAC regarding whether a specific license was required for Mr. Sanchez Farfan to receive commissary funds from his family in Ecuador. On April 30, Jeffrey R. Braunger, the Chief of the Licensing Division of the Office Foreign Assets Control responded: "Based on the information provided in the Application, it appears that transactions for maintenance of your Client, including operation of a commissary account at the GEO Western Regional Detention Facility and funding of the account from unblocked sources in Ecuador, are generally licensed, provided the parties adhere to all the requirements described in §599.511 including applicable reporting

requirements. Therefore, no further authorization is required from OFAC to the extent that the proposed transactions fall within the scope of the applicable general license provisions. Please be advised that it is OFAC's policy not to grant specific licenses authorizing transactions for which the provisions of an outstanding general license are applicable. See 31 C.F.R. §501.801(a)" *Letter from Jeffrey R. Braunger, the Chief of the Licensing Division of the Office Foreign Assets Control, dated April 30, 2024 attached hereto as Exhibit A.*

  Since TKC is only licensed for domestic transactions and not authorized to facilitate international transactions, they are of the position that they cannot receive funds from Mr. Sanchez Farfan's family in Ecuador. In order to overcome this obstacle, undersigned counsel proposes to deposit trust account funds in Mr. Sanchez Farfan's commissary account. These funds are unblocked and will be provided by Mr. Sanchez Farfan's wife in Ecuador. The subject funds will be deposited in undersigned counsel's trust account for the benefit of Mr. Sanchez Farfan. The filing of instant motion has been necessitated by TKCs latest position that in order to proceed as outlined above, a specific OFAC license is required.

  Undersigned counsel has conferred with the United States and they have indicated they do not object to Mr. Sanchez having access to commissary funds.

DATED: May 20, 2024      Respectfully submitted,

           By: */s/ Matthew J. Lombard*
             MATTHEW J. LOMBARD
             Attorney for Wilder E. Sanchez Farfan