# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 11400 W Olympic Blvd. Suite 1500, Los Angeles, California 90064.

On May 20, 2024, I caused the foregoing document(s) described as:

**MOTION FOR MISCELLANEOUS RELIEF RE: RELEASE OF COMMISSARY FUNDS**

To be served upon the interested parties in this action via E-mail at the addresses listed below:

Kyle Martin
Assistant U.S. Attorney
Kyle.Martin@usdoj.gov

GEO Western Regional Detention Center
Rosalie Smith
Administrative Assistant
Rosmith@geogroup.com

TKC Holdings
Alex Chosid
Alex.Chosid@tkcholdings.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this May 20, 2024, at Los Angeles, California.

/s/ *Elizabeth Preciado*
ELIZABETH PRECIADO