UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19-CR-1610-LL |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| WILDER EMILIO SANCHEZ FARFAN, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that TKC Holdings to allow Mr. Sanchez Farfan to receive deposits into his commissary account from his attorneys' Oscar Arroyave and/or Matthew Lombard's client trust accounts.

DATED:  May 21, 2024

_____

HONORABLE LINDA LOPEZ
United States District Judge

1