```
 1  TARA K. McGRATH
    United States Attorney
 2  MARK S. LAURICELLA
    Special Assistant United States Attorney
 3  New York State Bar No. 5440623
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 546-9305

 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-CR-1610-LL |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| WILDER EMILIO SANCHEZ FARFAN (1), MARTIN MIGUEL CHUNG NUNEZ (2), MIGUEL EDUARDO VALDEZ CAJAMARCA (8), NORBERTO ENRIQUE MURIEL CASTILLON (9), | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

KYLE B. MARTIN.

      VICTOR P. WHITE.

      ASHLEY E. GOFF

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

      <u>Name</u>

      ALLISON MURRAY.

      FRANCIS DIGIACCO

Please feel free to call me if you have any questions about this notice.

DATED: November 14, 2024.

                          Respectfully submitted,

                          TARA K. McGRATH
                          United States Attorney

                          *s/Mark S. Lauricella*
                          MARK S. LAURICELLA
                          Special Assistant United States Attorney