MATTHEW J. LOMBARD (SBN 239910)
LAW OFFICES OF MATTHEW J. LOMBARD
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile (310) 392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
WILDER EMILIO SANCHEZ FARFAN

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-1610-LL |
| Plaintiff, | |
| v. | **JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| WILDER EMILIO SANCHEZ FARFAN, | |
| Defendants. | |

IT IS HEREBY REQUESTED by the parties in the above-entitled matter, plaintiff, United States of America, by and through its counsel, Assistant U.S. Attorney, Kyle Martin, and the defendant, Wilder Emilio Sanchez Farfan, by and through his counsel of record, Matthew J. Lombard, that the Motion Hearing/Trial Setting presently scheduled for December 16, 2024 be continued to March 17, 2025 at 2:00 p.m.

The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7) and 18 U.S. C. §3161(h)(8). The ends of justice will be served by granting the requested continuance as outweigh the best interest of public and the

1

Defendant in a speedy trial, for the following reasons:

The defendant continues to review discovery with due diligence and is negotiating plea agreement terms. The discovery, which is voluminous in nature and includes messages collected from cellular telephone applications, satellite telephone wiretap intercepts, foreign wiretap intercepts, U.S. Coast Guard seizures, Foreign Coast Guard and U.S. Navy seizures, store satellite and cellular telephone data.

The parties therefore jointly move for a continuance and to exclude time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7) and 18 U.S. C. §3161(h)(8) from December 16, 2024 to March 17, 2025, inclusive.

Defense counsel has contacted the Assistant United States Attorney, Kyle Martin, who does not oppose the continuance.

DATED:  December 5, 2024                Respectfully submitted,

                                By:    /s/ Matthew J. Lombard
                                       MATTHEW J. LOMBARD
                                       Attorney for Wilder E. Sanchez Farfan

                                       /s/ Kyle Martin
DATED: December 5, 2024                _____
                                       KYLE MARTIN
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff