1

2

# PROOF OF SERVICE

3

STATE OF CALIFORNIA          )
4
                              ) ss.
COUNTY OF LOS ANGELES )

5

I, ELIZABETH PRECIADO, declare:

6

7

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11400 West Olympic Boulevard, Suite 1500, Los Angeles, California 90064:

8

On December 6, 2024 I caused the foregoing document described as:

9

**JOINT MOTION TO CONTINUE HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

10

11

to be served upon the interested parties in this action via email:

12

Kyle B. Martin
13
Assistant United States Attorney
Kyle.Martin@usdoj.gov

14

15

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

16

Executed this 6th day of December, 2024, at Los Angeles, California.

17

*/s/ Elizabeth Preciado*
18
ELIZABETH PRECIADO

19

20

21

22

23

24

25

26

27

28