UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 19-CR-1610-LL |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| WILDER EMILIO SANCHEZ FARFAN, ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting Date currently scheduled on December 16, 2024 be continued to March 17, 2025 at 2:00 p.m.

DATED: December __9__, 2024

_____
HONORABLE LINDA LOPEZ
United States District Judge

1