FILED

MAY 1 5 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          np          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19 CR 1610 -LL |
| Plaintiff, | ) | **CONSENT TO RULE 11 PLEA** |
| | ) | **IN A FELONY CASE BEFORE** |
| v. | ) | **UNITED STATES MAGISTRATE** |
| Wilder Sanchez Farfan | ) | **JUDGE** |
| Defendant. | ) | |

I have been advised by my attorney and by the
United States Magistrate Judge of my right to enter my
plea in this case before a United States District
Judge.  I hereby declare my intention to enter a plea
of guilty in the above case, and I request and consent
to have my plea taken by a United States Magistrate
Judge pursuant to Rule 11 of the Federal Rules of
Criminal Procedure.

I understand that if my plea of guilty is taken by
the United States Magistrate Judge, and the Magistrate
Judge recommends that the plea be accepted, the
assigned United States District Judge will then decide
whether to accept or reject any plea agreement I may

1

1  have with the United States and will adjudicate guilt
2  and impose sentence.
3      I further understand that any objections to the
4  Magistrate Judge's findings and recommendation must be
5  filed within 14 days of the entry of my guilty plea.
6
7
8  Dated: _05-08-25_                _____
9                                   Defendant
10
11
12 Dated: _05.08-25_                _____
                                     Attorney for Defendant
13
14      The United States Attorney consents to have the
15 plea in this case taken by a United States Magistrate
16 Judge pursuant to Criminal Local Rule 11.1.
17
18
19 Dated: _5/12/25_                 _____
20                                  Assistant United States
                                     Attorney
21
22
23
24
25
26
27
28

2