# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>       V.<br><br>Wilder Emilio Sanchez Farfan,<br><br>                      Defendant. | Criminal Case No. 19cr1610-LL<br><br><u>ORDER</u> |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Second Superseding Indictment .

Dated: 5/30/2025

                                              Hon. Linda Lopez
                                              United States District Judge