ADAM GORDON
United States Attorney
Kyle Martin
Assistant U.S. Attorney
CA Bar No. 267013
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8419
Fax: (619) 546-0510
Email: Kyle.Martin@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILDER EMILIO SANCHEZ FARFAN,<br><br>Defendant. | Case No.: 19CR1610-01-LL<br><br>Date:  April 14, 2026<br>Time: 10:00 am<br><br>**THE UNITED STATES'<br>SENTENCING SUMMARY CHART<br>AND MOTION UNDER USSG § 3E1.1(b)** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, ADAM GORDON, United States Attorney, and Kyle Martin, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart and Motion under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: April 7, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney

*/s/ Kyle Martin*
Kyle Martin
Assistant U.S. Attorney
United States of America

SENTENCING SUMMARY CHART

[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

Sentencing Date: April 14, 2026

USPO _____
AUSA ___x___
DEF _____

Defendant's Name: Wilder Emilio Sanchez Farfan     Docket No.: 19CR1610-LL

Attorney's Name: Kyle B. Martin     Phone No.: 619-546-7726

Guideline Manual Used: 2025     Agree with USPO Calcs. Yes

Base Offense Level(s): USSG § 2D1.1- 450 kilograms or more cocaine     38

Specific Offense Characteristics: 2D1.1(b)(1) - Use of firearm     +2

    2D1.1(b)(11) - Bribery     +2

    3B1.1(a) - Aggravated Role, leader/organizer 5 or more participants     +4

Adjusted Offense Level:

☐ Combined (Mult. Counts)    ☐ Career Off.    ☐ Armed Career Crim.     46

Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)]     -3

Zero-Point Offender - USSG §4C1.1     _____

Total Offense Level:

Supervised Release Range (based on Total Offense Level):  5 to 5 years     43

Fine Range (based on Total Offense Level): $ 50,000  to $ 500,000

Criminal History Score:     0

Criminal History Category:     I

    ☐ Career Offender    ☐ Armed Career Criminal

Guideline Range:     from life mths

(Range limited by: ☒ minimum mand.    ☐ statutory maximum)     to life mths

Departures:

    5K2.0 - Waiver of Appeal*     -2

Resulting Guideline Range: Adjusted Offense Level: 41     from 324 mths
     to 405 mths

RECOMMENDATION:  324 months; 5 years SR

No Fine

*The Plea Agreement calls for a departure under 5K2.0. Under the 2025 Guidelines, this should be treated as a variance the equivalent of a -2 departure.

03/2023