UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19-CR-1610-LL-1 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| WILDER EMILIO SANCHEZ FARFAN, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled on April 14, 2026 be continued to May 18, 2026 at 10:00 a.m.

DATED: April 8 , 2026

_____
HONORABLE LINDA LOPEZ
United States District Judge

1