SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: October 26, 2026

USPO ______
AUSA x
DEF ______

Defendant's Name: Wilder Emilio Sanchez Farfan    Docket No.: 19CR1610-01-LL

Attorney's Name: Kyle B. Martin    Phone No.: 619-546-7726

Guideline Manual Used: 2025    Agree with USPO Calcs. Yes

Base Offense Level(s): USSG § 2D1.1- 450 kilograms or more cocaine    38

Specific Offense Characteristics: 2D1.1(b)(1) - Possession of firearm    +2

2D1.1(b)(11) - Bribery    +2

3B1.1(a) - Aggravated Role, leader/organizer 5 or more participants    +4

Adjusted Offense Level:
☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim.    46

Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)]    -3

Zero-Point Offender - USSG §4C1.1    ______

Total Offense Level:    43

Supervised Release Range (based on Total Offense Level): 5 to 5 years

Fine Range (based on Total Offense Level): $ 50,000 to $ 500,000

Criminal History Score:    0

Criminal History Category:    I
☐ Career Offender  ☐ Armed Career Criminal

Guideline Range:    from life mths
(Range limited by: ☐ minimum mand. ☐ statutory maximum)    to life mths

Departures:
5K2.0 - Waiver of Appeal* (treated as variance)    ______

Resulting Guideline Range: Adjusted Offense Level: 43    from life mths
to life mths

RECOMMENDATION: 324 months; 5 years SR

No Fine
*The Plea Agreement calls for a departure under 5K2.0. Under the 2025 Guidelines, this is treated as a variance the equivalent of a -2 departure, which would bring the Adjusted Offense Level to 41 and the Guideline Range to 324-405 months. The U.S. recommends the low end of the range.